IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                            CASE NO. 4:08CR00389 BSM

TOMMIE OVERTON                                                              DEFENDANT

## ORDER

Defendant Tommie Overton's motion to modify his prison sentence pursuant to 18 U.S.C. § 3582(c)(2) [Doc. No. 41] is denied. Under section 3582(c)(2), a district court can modify a defendant's prison sentence when a retroactive amendment to the sentencing guidelines is passed that causes the defendant's sentence to be lower. 18 U.S.C. § 3582(c)(2). Here, Amendment 742 was passed after Overton was sentenced, but it does not apply retroactively. Therefore, it does not support modification of his prison sentence under section 3582(c)(2), and his motion to modify [Doc. No. 41] is denied. *See, e.g.*, *United States v. Guitierrez*, 440 Fed. Appx. 673, 675 (10th Cir. 2011) ("Because Amendment 742 is not included in the list of retroactive Amendments, the district court had no authority to modify the sentence.") (unpublished).

IT IS SO ORDERED this 13th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE